| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| **SOUTHERN DISTRICT OF NEW YORK** |
| Case number *(if known)* _____ Chapter 15 |

☐ Check if this an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

1. **Debtor's name**: Canacol Energy ULC

2. **Debtor's unique identifier**

   For non-individual debtors:
   ☐ Federal Employer Identification Number ___
   ☑ Other **815010350**. Describe identifier **Canadian Business Number**.

   For individual debtors
   ☐ Social Security Number: ___
   ☐ Individual Taxpayer Identification Number (ITIN): ___
   ☐ Other ___. Describe identifier ___.

3. **Name of foreign representative(s)**: KPMG Inc., in its capacity as Canadian Court-appointed Monitor

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**: Court of King's Bench of Alberta (Calgary), Court File No. 250118462

5. **Nature of the foreign proceeding**
   *Check one:*
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**
   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).
   ☑ Yes

Official Form 401          Chapter 15 Petition for Recognition of a Foreign Proceeding          page 1

**8. Others entitled to notice**   Attach a list containing the names and addresses of:

    (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

    (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

    (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**
1000 Livingston Place
250-2nd Street SW
Calgary, Alberta T2P0C1
*P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code*

Canada
*Country*

**Individual debtor's habitual residence:**

*P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code*

*Country*

**Address of foreign representative(s):**
KPMG Inc., in its capacity as Monitor and Foreign Representative
Bay Adelaide Centre, Suite 4600
333 Bay Street
Toronto, Ontario
*P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code*

Canada
*Country*

---

**10. Debtor's website** (URL)   https://canacolenergy.com

---

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

☐ Individual

| | |
|---|---|
| **12. Why is the venue proper in *this district*?** | *Check one:*<br>☑ Debtor's principal place of business or principal assets in the United States are in this district.<br>☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district.<br>_____<br>☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:<br>  **Chapter 15 cases of affiliates pending in this district.** |
| **13. Signature of foreign representative(s)** | I request relief in accordance with the chapter 15 of title 11, United States Code.<br><br>I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.<br><br>I have examined the information in this petition and have a reasonable belief that the information is trued and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct,<br><br>X *Katherine Forbes*      Katherine Forbes,<br>Signature of foreign representative      Senior Vice President of KPMG Inc., in its capacity as Monitor and Foreign Representative<br>    Printed name<br><br>Executed on  11/18/2025<br>            MM / DD / YYYY<br><br>X _____<br>Signature of foreign representative      Printed name<br><br>Executed on _____<br>            MM / DD / YYYY |
| **14. Signature of attorney** | X */s/ Steven W. Golden*      Date  11/18/2025<br>Signature of Attorney for foreign representative      MM / DD / YYYY<br><br>**Steven W. Golden**<br>Printed name<br><br>**Pachulski Stang Ziehl & Jones LLP**<br>Firm name<br><br>**1700 Broadway<br>36th Floor<br>New York, NY 10019**<br>Number, Street, City, State & ZIP Code<br><br>**212-561-7715**      **sgolden@pszjlaw.com**<br>    Email address<br><br>**5374152 NY**<br>Bar number and State |

Official Form 401     Chapter 15 Petition for Recognition of a Foreign Proceeding     page 3