Laura Davis Jones (*pro hac vice* pending)
Steven W. Golden
Mary F. Caloway (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile:  212-561-7777

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CANACOL ENERGY LTD.,[1]<br><br>        Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12572 |
| In re:<br><br>CANACOL ENERGY ULC,[2]<br><br>        Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12573 |

---

[1] The last four digits of Canacol Energy Ltd.'s Canadian Business Number are 2074, and the location of its corporate head office is 1000 Livingston Place, 250-2nd Street SW, Calgary, Alberta T2P0C1.  The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[2] The last four digits of Canacol Energy ULC's Canadian Business Number are 0350, and the location of its corporate head office is 1000 Livingston Place, 250-2nd Street SW, Calgary, Alberta T2P0C1.  The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

1

| | |
|---|---|
| In re:<br><br>CANTANA ENERGY GMBH,[3]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12574 |
| In re:<br><br>CNE OIL & GAS S.R.L.,[4]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12575 |
| In re:<br><br>CANACOL ENERGY COLOMBIA S.A.S.,[5]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12576 |

---

[3] The last four digits of Cantana Energy GmbH's Swiss CHE are 8873, and the location of its corporate head office is Pilatusstrasse 41, 6003 Luzern, Switzerland. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[4] The last four digits of CNE Oil & Gas S.R.L.'s RUC are 9803, and the location of its corporate head office is Punta Pacifica, Edificio PH Oceania Business Plaza, Torre 2000, Nivel 18, Oficina 18E, Ciudad de Panamá. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[5] The last four digits of Canacol Energy Colombia S.A.S.'s Colombian Tax ID Number are 5633, and the location of its corporate head office is C11 113 No. 7-45, To. B Of 1501, Bogotá D.C., Colombia. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

2

| | |
|---|---|
| In re: <br><br> SHONA HOLDING GMBH,[6] <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 25-12577 |
| In re: <br><br> CNE ENERGY S.A.S.,[7] <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 25-12578 |
| In re: <br><br> CNE OIL & GAS S.A.S.,[8] <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 25-12579 |
| In re: <br><br> 2498003 ALBERTA ULC,[9] <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 25-12580 |

---

[6] The last four digits of Shona Holding GmbH's Swiss CHE are 2126, and the location of its corporate head office is Pilatusstrasse 41, 6003 Luzern, Switzerland. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[7] The last four digits of CNE Energy S.A.S.'s Colombian Tax ID Number are 0691, and the location of its corporate head office is C11 113 No. 7-45, To. B Of 1501, Bogotá D.C., Colombia. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[8] The last four digits of CNE Oil & Gas S.A.S.'s Colombian Business Number are 6580, and the location of its corporate head office is C11 113 No. 7-45, To. B Of 1501, Bogotá D.C., Colombia. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[9] The last four digits of 2498003 Alberta ULC's Canadian Business Number are 4611, and the location of its corporate head office is 1000 Livingston Place, 250-2nd Street SW, Calgary, Alberta T2P0C1. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

3

| | |
|---|---|
| In re:<br><br>2654044 ALBERTA LTD.,[10]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12581 |

**MOTION FOR ORDER (I) DIRECTING JOINT ADMINISTRATION OF CASES UNDER CHAPTER 15 OF THE BANKRUPTCY CODE AND (II) AUTHORIZING FOREIGN REPRESENTATIVE TO FILE CONSOLIDATED LISTS OF INFORMATION REQUIRED BY BANKRUPTCY RULE 1007(a)(4)**

KPMG Inc. ("KPMG"), the court-appointed monitor (in such capacity, the "Monitor") and authorized foreign representative (in such capacity, the "Foreign Representative") of each of the above-captioned debtors (collectively, the "Debtors"), which are the subject of jointly-administered proceedings (the "Canadian Proceeding") under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA"), pending before the Court of King's Bench of Alberta (the "Canadian Court"), by and through its undersigned counsel, respectfully submits this motion (the "Motion") and represents as follows:

**Relief Requested**

1.  The Foreign Representative respectfully requests entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"): (a) directing joint administration of the Debtors' related chapter 15 cases (the "Chapter 15 Cases") pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for procedural purposes only; and (b) authorizing the Foreign Representative to file consolidated lists of information required by Bankruptcy Rule 1007(a)(4) (the "Consolidated Lists").

---

[10] The last four digits of 2654044 Alberta Ltd.'s Canadian Business Number are 3429, and the location of its corporate head office is 1000 Livingston Place, 250-2nd Street SW, Calgary, Alberta T2P0C1. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

4

2. Specifically, the Foreign Representative requests that the Court maintain one file and one docket for all of the Chapter 15 Cases under the case number assigned to Debtor Canacol Energy Ltd., and that these Chapter 15 Cases be administered under the following caption (the "Proposed Caption"):

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| CANACOL ENERGY LTD.,[1] | Case No. 25-2572 |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

---

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

3. The Foreign Representative further requests that the Court order that the foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

4. The Foreign Representative also seeks the Court's direction that a notation substantially similar to the following be entered on the docket in each of these Chapter 15 Cases, other than on the docket of the case of Canacol Energy Ltd., to reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 15 Cases of: Canacol Energy Ltd. (Case No. 25-12572); Cantana Energy GmbH (Case No. 25-12574); CNE Oil & Gas S.R.L. (Case No. 25-12575); Canacol Energy ULC (Case No. 25-12573); Shona Holding GmbH (Case No. 25-12577); Canacol Energy Colombia S.A.S. (Case No.

12576); CNE Energy S.A.S (Case No. 12578); CNE Oil & Gas S.A.S. (Case No. 25-12579); 2498003 Alberta ULC (Case No. 25-12580); and 2654044 Alberta Ltd. (Case No. 25-12581). The docket in Case No. 25-12572 should be consulted for all matters affecting this case. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 25-12572.**

5. Further, the Foreign Representative requests that the Court authorize the Foreign Representative to utilize a combined service list for the jointly-administered Chapter 15 Cases and that combined notices be sent to the Debtors' creditors and other parties in interest as applicable.

## Jurisdiction and Venue

6. The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and *Amended Standing Order of Reference* dated January 31, 2012, Reference M-431, *In re Standing Order of Reference Re: Title 11*, 12 Misc. 00032 (S.D.N.Y Feb. 2, 2012) (Preska, CJ) (the "Amended Standing Order"). This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P).

7. The Foreign Representative has properly commenced these Chapter 15 Cases under sections 1504 and 1509 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") by the filing of verified petitions for recognition of the Canadian Proceeding with respect to each of the Debtors (the "Verified Petitions") under section 1515 of the Bankruptcy Code.

8. Venue is proper in this district pursuant to 28 U.S.C. § 1410.

9. The bases for relief are sections 101(2) and 105(a) of the Bankruptcy Code and Bankruptcy Rules 1007, 1015(b), and 2002.

**Background**

10. On the date hereof (the "Petition Date"), the Foreign Representative filed the Verified Petitions for recognition under chapter 15 of the Bankruptcy Code for each of the Debtors. A description of the Debtors' business and the events leading up to the commencement of the Canadian Proceeding and these Chapter 15 Cases is included in the *Declaration of Jason Bednar in Support of (I) Verified Chapter 15 Petitions, (II) Foreign Representative's Motions for Orders Granting Provisional and Final Relief in Aid of Canadian Proceeding, and (III) Certain Related Relief* (the "Bednar Declaration"), filed concurrently herewith and fully incorporated herein by reference

**Basis for Relief**

**A. Joint Administration Is Appropriate in These Chapter 15 Cases.**

11. Bankruptcy Rule 1015(b) provides that if two or more petitions for relief are pending in the same court by or against a debtor and its affiliate, the Court may order joint administration of the cases. As set forth in the Bednar Declaration, the Debtors are "affiliates" as the Bankruptcy Code defines that term in section 101(2).

12. Joint administration will be an administrative convenience for the Court, the clerk's office, and other interested parties. Entry of an order directing joint administration of these Chapter 15 Cases will avoid duplicative notices and motions, thereby saving the Foreign Representative and all other parties in interest considerable time and expense. This Motion will not adversely affect the rights of creditors because it requests only administrative consolidation of these Chapter 15 Cases. Joint administration will not affect any rights that creditors have in or

7

against a particular Debtor, and will permit interested parties to look to one bankruptcy case docket with regard to relief that may be sought or ordered with respect to the Debtors in these Chapter 15 Cases. Granting this Motion will also relieve the Court of the burden of entering duplicative orders and maintaining duplicative files.

13. Courts in this district and others have approved joint administration relief similar to that requested herein in other chapter 15 cases. *See, e.g., In re Iovate Health Sciences International Inc.*, No. 25-11958 (MG), Docket No. 19 (Bankr. S.D.N.Y. Sept. 10, 2025); *In re Li-Cycle Holdings Corp.*, No. 25-10991 (PB), Docket No. 6 (Bankr. S.D.N.Y. May 14, 2025); *In re Touradjii Private Equity Master Fund Ltd*, No. 23-10172 (PB), Docket No. 12 (Bankr. S.D.N.Y. Feb. 7, 2023); *In re Markel CATCo Reinsurance Fund Ltd.*, No. 21-11733 (LGB), Docket No. 9 (Bankr. S.D.N.Y. Oct. 6, 2021); *In re STS Renewables Ltd.*, No. 25-10884 (KBO), Docket No. 19 (Bankr. D. Del. May 20, 2025).

14. The Foreign Representative submits that joint administration of these Chapter 15 Cases is in the best interests of the Debtors, their creditors, and all other interested parties, and that no conflict of interest should arise as a result of joint administration. Requiring separate administration of these Chapter 15 Cases would subject the Foreign Representative (who would be forced to file documents on numerous dockets), the Debtors, and creditors (who would be forced to monitor numerous dockets) to unnecessary administrative burdens. For all of the foregoing reasons, the Foreign Representative respectfully requests the entry of an order providing for the joint administration of these Chapter 15 Cases.

**B.    Consolidated Bankruptcy Rule 1007(a)(4) List**

15. The Court should also permit the Foreign Representative to file information required by Bankruptcy Rule 1007(a)(4) on a consolidated basis across all Debtors. In pertinent part, Bankruptcy Rule 1007(a)(4) provides that:

> If a foreign representative files a petition under Chapter 15 for recognition of a foreign proceeding, the representative must . . . include with the petition:
>
> (A) a corporate-ownership statement containing the information described in Rule 7007.1; and
>
> (B) unless the court orders otherwise, a list containing the names and addresses of:
>
> (i) all persons or bodies authorized to administer the debtor's foreign proceedings;
>
> (ii) all entities against whom provisional relief is sought under § 1519; and
>
> (iii) all parties to litigation pending in the United States in which the debtor was a party when the petition was filed.[11]

16. The Foreign Representative submits that the filing of a consolidated Bankruptcy Rule 1007(a)(4) list will be more efficient and that no interested parties will be prejudiced by the filing of consolidated schedules containing the same information as separate schedules. Accordingly, the Foreign Representative seeks authority to file a consolidated list that identifies the names and addresses of those persons authorized to administer the Canadian Proceeding, parties to litigation pending in the United States in which a Debtor is a party, and all entities against whom provisional relief is being sought.

17. Courts have approved the filing of consolidated Bankruptcy Rule 1007(a)(4) lists in other chapter 15 cases. *See, e.g.*, *In re Iovate Health Sciences International Inc.*, No. 25-

---

[11] Fed. R. Bankr. P. 1007(a)(4).

11958 (MG), Docket No. 19 (Bankr. S.D.N.Y. Sept. 10, 2025); *In re STS Renewables Ltd.*, No. 25-10884 (KBO), Docket No. 19 (Bankr. D. Del. May 20, 2025); *In re Rokstad Holdings Corporation,* No. 24-12645 (MFW), Docket No. 27 (Bankr. D. Del. Nov. 22, 2024)*; In re Touradjii Private Equity Master Fund Ltd*, No. 23-10172 (PB), Docket No. 12 (Bankr. S.D.N.Y. Feb. 7, 2023); *In re Markel CATCo Reinsurance Fund Ltd.*, No. 21-11733 (LGB), Docket No. 9 (Bankr. S.D.N.Y. Oct. 6, 2021).

### Notice

18. The Foreign Representative requests that the Court grant this Motion without notice. The Foreign Representative will serve notice of entry of the order in accordance with the procedures set forth in the *Foreign Representative's Motion for Order Scheduling Recognition Hearing and Specifying the Form and Manner of Service of Notice,* filed contemporaneously herewith, consistent with Bankruptcy Rule 2002(q). In light of the nature of the relief requested, the Foreign Representative requests that this Court find that no further notice is required.

### No Prior Request

19. No previous request for the relief requested herein has been made to this or any other court.

**WHEREFORE**, for the reasons set forth herein, the Foreign Representative respectfully requests entry of the Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as is just and proper.

| | |
|---|---|
| Dated: November 18, 2025 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Steven W. Golden*<br>Laura Davis Jones (*pro hac vice* pending)<br>Steven W. Golden<br>Mary F. Caloway (*pro hac vice* pending)<br>1700 Broadway, 36th Floor<br>New York, New York 10019<br>Telephone:  212-561-7700<br>Facsimile:   212-561-7777<br><br>*Counsel to the Foreign Representative* |