# **EXHIBIT A**

**Proposed Order**

4903-8426-2522.3 50180.00001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| CANACOL ENERGY LTD.,[1] | Case No. 25-12572 |
| Debtor in a Foreign Proceeding. | |
| In re: | Chapter 15 |
| CANACOL ENERGY ULC,[2] | Case No. 25-12573 |
| Debtor in a Foreign Proceeding. | |

---

[1] The last four digits of Canacol Energy Ltd.'s Canadian Business Number are 2074, and the location of its corporate head office is 1000 Livingston Place, 250-2nd Street SW, Calgary, Alberta T2P0C1. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[2] The last four digits of Canacol Energy ULC's Canadian Business Number are 0350, and the location of its corporate head office is 1000 Livingston Place, 250-2nd Street SW, Calgary, Alberta T2P0C1. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

4903-8426-2522.3 50180.00001

| | |
|---|---|
| In re:<br><br>CANTANA ENERGY GMBH,[3]<br><br>　　　Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12574 |
| In re:<br><br>CNE OIL & GAS S.R.L.,[4]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12575 |
| In re:<br><br>CANACOL ENERGY COLOMBIA S.A.S.,[5]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12576 |

---

[3] The last four digits of Cantana Energy GmbH's Swiss CHE are 8873, and the location of its corporate head office is Pilatusstrasse 41, 6003 Luzern, Switzerland. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[4] The last four digits of CNE Oil & Gas S.R.L.'s RUC are 9803, and the location of its corporate head office is Punta Pacifica, Edificio PH Oceania Business Plaza, Torre 2000, Nivel 18, Oficina 18E, Ciudad de Panamá. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[5] The last four digits of Canacol Energy Colombia S.A.S.'s Colombian Tax ID Number are 5633, and the location of its corporate head office is C11 113 No. 7-45, To. B Of 1501, Bogotá D.C., Colombia. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

| | |
|---|---|
| In re:<br><br>SHONA HOLDING GMBH,[6]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12577 |
| In re:<br><br>CNE ENERGY S.A.S.,[7]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12578 |
| In re:<br><br>CNE OIL & GAS S.A.S.,[8]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12579 |
| In re:<br><br>2498003 ALBERTA ULC,[9]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12580 |

---

[6] The last four digits of Shona Holding GmbH's Swiss CHE are 2126, and the location of its corporate head office is Pilatusstrasse 41, 6003 Luzern, Switzerland. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[7] The last four digits of CNE Energy S.A.S.'s Colombian Tax ID Number are 0691, and the location of its corporate head office is C11 113 No. 7-45, To. B Of 1501, Bogotá D.C., Colombia. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[8] The last four digits of CNE Oil & Gas S.A.S.'s Colombian Business Number are 6580, and the location of its corporate head office is C11 113 No. 7-45, To. B Of 1501, Bogotá D.C., Colombia. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[9] The last four digits of 2498003 Alberta ULC's Canadian Business Number are 4611, and the location of its corporate head office is 1000 Livingston Place, 250-2nd Street SW, Calgary, Alberta T2P0C1. The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

| | |
|---|---|
| In re:<br><br>2654044 ALBERTA LTD.,[10]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12581 |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CASES UNDER CHAPTER 15 OF THE BANKRUPTCY CODE; AND (II)
AUTHORIZING FOREIGN REPRESENTATIVE TO FILE CONSOLIDATED
LISTS OF INFORMATION REQUIRED BY BANKRUPTCY RULE 1007(a)(4)**

Upon the motion (the "Motion")[11] of the Foreign Representative of the above-captioned debtors (collectively, the "Debtors") for entry of an order (this "Order"): (a) directing the joint administration of these Chapter 15 Cases for procedural purposes only; and (b) authorizing the Foreign Representative to file consolidated lists of information required by Bankruptcy Rule 1007(a)(4); the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; venue being proper before the Court pursuant to § 1410(1) and (3); and that this Court may enter a final order consistent with Article III of the United States Constitution; adequate and sufficient notice of the filing of the Motion having been given by the Foreign Representative; it appearing that the relief requested in the Motion is necessary and beneficial to the Debtors; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.  The Motion is granted as set forth herein.

---

[10]  The last four digits of 2654044 Alberta Ltd.'s Canadian Business Number are 3429, and the location of its corporate head office is 1000 Livingston Place, 250-2nd Street SW, Calgary, Alberta T2P0C1.  The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

[11]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2. These Chapter 15 Cases shall be, and they hereby are, consolidated pursuant to Bankruptcy Rule 1015(b), for procedural purposes only, and shall be jointly administered by the Court under Case No. 25-12572.

3. The caption of each of these Chapter 15 Cases shall be modified to reflect the joint administration of these cases, as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CANACOL ENERGY LTD.,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-12572<br><br>(Jointly Administered) |

[1] The Debtors, along with the last four digits of each Debtor's unique identifier, as applicable, are as follows: Canacol Energy Ltd. (2074); Cantana Energy GmbH (8873); CNE Oil & Gas S.R.L. (9803); Canacol Energy ULC (0350); Shona Holding GmbH (2126); Canacol Energy Colombia S.A.S. (5633); CNE Energy S.A.S (0691); CNE Oil & Gas S.A.S. (6580); 2498003 Alberta ULC (4611); and 2654044 Alberta Ltd. (3429). The Foreign Representative's service address for purposes of these Chapter 15 Cases is Bay Adelaide Centre, 333 Bay Street, Suite 4600, Toronto, Ontario, Canada M5H 2S5.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry shall be made in each of the above captioned chapter 15 cases, other than on the docket of the case of Canacol Energy Ltd., to reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 15 Cases of: Canacol Energy Ltd. (Case No. 25-12572); Cantana Energy GmbH (Case No. 25-12574); CNE Oil & Gas S.R.L. (Case No. 12575); Canacol Energy ULC (Case No. 25-12573); Shona Holding GmbH (Case No. 25-12577); Canacol Energy Colombia S.A.S. (Case No. 25-12576); CNE Energy S.A.S (Case No. 25-12578); CNE Oil & Gas S.A.S. (Case No. 25-12579); 2498003 Alberta ULC (Case No. 25-12580); and 2654044 Alberta Ltd. (Case No. 25-12581). The docket

in Case No. 25-12572 should be consulted for all matters affecting this case. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 25-12572.**

6. The Foreign Representative shall maintain, and the clerk of the Court shall keep, one consolidated docket, one file, and one consolidated service list in these Chapter 15 Cases. The Foreign Representative is authorized to send, as applicable, combined notices to the Debtors' creditors and other parties in interest.

7. The Foreign Representative is authorized to file a consolidated list of the information required by Bankruptcy Rule 1007(a)(4).

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 15 Cases.

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and requirements of the Bankruptcy Rules and the Local Bankruptcy Rules are satisfied by such notice.

10. The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and the clerk of the Court is hereby directed to enter this Order on the docket in each Chapter 15 Case of the Debtors.

12. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**IT IS SO ORDERED.**

Dated: November ____, 2025
       New York, New York

                                                  _____
                                                  UNITED STATES BANKRUPTCY JUDGE